IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Jonathan Williams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:10-1107-TLW-SVH |
| | ) | |
| Pepperidge Farm, Inc., | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff Jonathan Williams, ("Plaintiff"), proceeding *pro se*, brought this civil action asserting claims of race and sex discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C. § 2000(e) et seq., and wrongful termination. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Shiva V. Hodges to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Defendant's Motion for Summary Judgment be granted. (Doc. # 60). Plaintiff filed objections to the Report (Doc. # 62) to which Defendant replied. (Doc. # 64). In conducting its review, the Court therefore applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections...The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of the standard set forth in Wallace, the Court has reviewed, de novo, the Report and the Plaintiff's objections. Having reviewed the Report and the objections thereto, the Court hereby **ACCEPTS** the Report. (Doc. # 60).  Defendant's Motion for Summary Judgment is **GRANTED**.  (Doc. # 48).  Plaintiff's complaint is **DISMISSED**.

**IT IS SO ORDERED**.

                                            s/Terry L. Wooten  
                                          United States District Judge

June 14, 2012  
Florence, South Carolina